**Electronically Filed
Supreme Court
SCWC-21-0000168
12-SEP-2022
08:55 AM
Dkt. 7 ODAC**

SCWC-21-0000168

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

RONALD MELVIN BARNES,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000168; CASE NO. 1FC121000057)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Ronald Melvin Barnes's

Application for Writ of Certiorari filed on August 2, 2022, is

rejected.

DATED:  Honolulu, Hawaiʻi, September 12, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

